**Order entered September 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00195-CR

### KEVIN DEWAYNE JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-81811-2015**

## ORDER

The Court **REINSTATES** the appeal.

On August 19, 2016, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the trial court's findings that (1) appellant desires to prosecute this appeal, (2) appellant is indigent and entitled to proceed without costs, and (3) appellant's court-appointed counsel can file the brief by September 26, 2016.

Accordingly, the Court **ORDERS** appellant to file the brief **on or before September 26, 2016**.

/s/     ADA BROWN
        JUSTICE